**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **LEONARDO GRAULAU,**<br><br>**Plaintiff,**<br><br>v.<br><br>**STATE OF NEW JERSEY,** *et al.,*<br><br>**Defendants.** | **Case No. 26–cv–04015–ESK–SAK**<br><br><br>**OPINION** |

**KIEL, U.S.D.J.**

Plaintiff Leonardo Graulau submitted a Complaint pursuant to 42 U.S.C. § 1983 (Complaint).   (ECF No. 1.)   Pursuant to Local Civil Rule 54.3, the Clerk shall not be required to enter any suit, file any paper, issue any process, or render any other service for which a fee is prescribed, unless the fee is paid in advance.   Under certain circumstances, however, this Court may permit an indigent plaintiff to proceed *in forma pauperis*.

The entire fee to be paid in advance of filing a civil complaint is $ 405. That fee includes a filing fee of $ 350 plus an administrative fee of $ 55, for a total of $ 405.

Plaintiff did not pay the filing fee or submit an *in forma pauperis* application.   The Court will direct the Clerk to send plaintiff an *in forma pauperis* application.   The Clerk will be directed to reopen the matter once plaintiff submits the application or pays the filing fee.

2

An appropriate Order accompanies this Opinion.

                                        */s/ Edward S. Kiel*
                                        **EDWARD S. KIEL**
                                        **UNITED STATES DISTRICT JUDGE**

Dated:  April 21, 2026